ACCEPTED
15-25-00022-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 12:44 PM
CHRISTOPHER A. PRINE
CLERK

**Cause No. 15-25-00022-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 12:44:28 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# For the Fifteenth District of Texas

## City of Coppell, Texas, et al.,

*Appellants/Cross-Appellees,*

v.

## Kelly Hancock, in His Official Capacity as Acting Comptroller of Public Accounts of the State of Texas,

*Appellee/Cross-Appellant.*

Appeal from the 201st Judicial District Court of Travis County, Texas
Hon. Karin Crump, Presiding

## Appellants' and Cross-Appellant's Joint Motion to Extend Time to File Opening Briefs

James B. Harris
State Bar No. 09065400
james.harris@hklaw.com

Stephen F. Fink
State Bar No. 07013500
stephen.fink@hklaw.com

Richard B. Phillips, Jr.
State Bar No. 24032833
rich.phillips@hklaw.com

Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 964-9500

**Counsel for Coppell Parties**

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
STEVEN ROBINSON
Division Chief, Tax Litigation Division
**KYLE PIERCE COUNCE**
State Bar No. 24082862
kyle.counce@oag.texas.gov
Assistant Attorney General
Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 463-3112
**Counsel for Comptroller**

To the Honorable Court of Appeals:

1. Under Texas Rules of Appellate Procedure 2, 10.5(b), and 38.6(d), Appellants City Coppell, Texas, City of Humble, Texas, City of DeSoto, Texas, City of Carrollton, Texas, and City of Farmers Branch, Texas (the "Coppell Parties") and Cross-Appellant Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts of the State of Texas (the "Comptroller") respectfully request a 30-day extension on the due dates for their opening briefs.

2. This is an appeal and cross-appeal arising from a dispute about the meaning of certain provisions of the Texas Tax Code and related rules in the Texas Administrative Code. The Coppell Parties' opening brief as appellants and Comptroller's opening brief as cross-appellant are currently due on Monday, July 28, 2025. The requested extension would make the briefs due on Wednesday, August 27, 2025.

3. The Comptroller is not opposed to the requested extension of the due date for the Coppell Parties' opening brief. The Coppell Parties are not opposed to the requested extension of the due date for the Comptroller's opening brief. And counsel

for Appellee the City of Round Rock, Texas has indicated that the City of Round Rock is not opposed to the Comptroller's requested extension.[1]

4.   The Coppell Parties request this extension because their counsel has been and will be occupied with other matters that will prevent them from filing the brief by the current due date. Among other matters, counsel has been occupied with the following:

(a)   assisting with post-judgment briefing (including a motion to amend the judgment and a motion to stay enforcement of the judgment pending appeal) in *Cockerill et al. v. Corteva, Inc., et al.*, No. 2:21-cv-03966-MMB, a class action pending in the United States District Court for the Eastern District of Pennsylvania;

(b)   assisting with a motion for a stay pending appeal filed on July 15, 2025, in No. 25-2312, *Cockerill et al. v. Corteva, Inc., et al.*, pending in the United States Court of Appeals for the Third Circuit (the appeal arising from the class action described in item (a));

(c)   preparing and filing a motion for temporary relief filed on July 10, 2025, in No. 15-24-00114-CV, *Cecile E. Young, in her official capacity as Executive Commissioner of the Texas Health & Human Services Commission v. Cook Children's Health Plan, et al.*, pending in the Court of Appeals for the Fifteenth District of Texas;

(d)   assisting with a motion to dismiss filed on July 11, 2025, in No. 15-24-00114-CV, *Cecile E. Young, in her official capacity as Executive Commissioner of the Texas Health & Human Services Commission v. Cook Children's Health Plan, et al.*, pending in the Court of Appeals for the Fifteenth District of Texas;

---

[1] The City of Round Rock did not appeal the final judgment and therefore its only capacity in this Court is as an appellee as to the Comptroller's cross-appeal.

(e) preparing and filing the relator's reply brief on the merits and supplemental mandamus record on July 11, 2025, in No. 24-0809, *In re Regalia at the Park Holdings, LLC*, pending in the Supreme Court of Texas;

(f) preparing and filing the relators' petition for writ of mandamus on July 9, 2025, in No. 13-25-00345-CV, *In re QFP II, LP and RGV II, LLC*, pending in the Court of Appeals for the Thirteenth District of Texas;

(g) working on a petition for review due (after the grant of an extension) on August 13, 2025, in *In re Estate of Long*, No. 25-0601, pending in the Supreme Court of Texas;

(h) preparing and filing the opening brief of the appellant due (after the grant of an extension) on August 18, 2025, in No. 10-25-00088-CV, *In re Estate of Christopher Kling, Deceased* and No. 10-25-00089-CV, *In re Guardianship of Christopher Kling, an Incapacitated Person*, pending in the Court of Appeals for the Tenth District of Texas;

(i) providing advice to the City of University Park on how to respond to a threat to bring a suit for injunctive relief against the city on July 15, 2025;

(j) providing advice to the Dallas Symphony Association by July 18, 2025, regarding the likelihood of success in litigation in response to actions proposed to be taken by the end of July; and

(k) preparing and submitting position statements in connection with a hearing before the Dallas Appraisal Review Board on July 9, 2025, to consider an appeal of the property tax values on seven properties with a collective proposed appraised value of more than $60 million.

5. The Comptroller requests this extension because their counsel has been and will be occupied with other matters that will prevent them from filing the brief by the current due date. Among other matters, counsel has been occupied with the following:

(a) Deborah J. Rao, who has been lead counsel on this appeal, will be leaving the Office of the Attorney General and will not be available to assist with the appellate briefing;[2]

(b) working on a Plea to the Jurisdiction and Motion for Summary Judgment in Cause No. D-1-GN-23-002189, *Ryan, LLC, v. Kelly Hancock, in his Official Capacity as Acting Texas Comptroller of Public Accounts,* pending in the 459th District Court of Travis County, Texas;

(c) assisting with oral argument, set for September 10, 2025, in Cause No. 24-0037, *NuStar Energy, L.P., v. Kelly Hancock, Acting Texas Comptroller of Public Accounts and Ken Paxton, Attorney General of the State of Texas,* pending the Supreme Court of Texas; and

(d) preparing responsive pleadings in Cause No. 3:23-cv-00810-M, *Crystal Stinson, DDS, PHD, v. Dr. Daniel Jones, et al.,* pending in the United States District Court for the Northern District of Texas.

Therefore, the Coppell Parties and the Comptroller request that the Court extend the deadline for their opening briefs to Wednesday, August 27, 2025. The Coppell Parties and the Comptroller further request general relief.

Dated: July 23, 2025

---

[2] A notice of change of designation of agency counsel is forthcoming.

Respectfully submitted,

Holland & Knight LLP

By: /s/ Richard B. Phillips, Jr.
    James B. Harris
    State Bar No. 09065400
    james.harris@hklaw.com

    Stephen F. Fink
    State Bar No. 07013500
    stephen.fink@hklaw.com

    Richard B. Phillips, Jr.
    State Bar No. 24032833
    rich.phillips@hklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 964-9500

**Counsel for Coppell Parties**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation Division

/s/ Kyle Pierce Counce
**KYLE PIERCE COUNCE**
State Bar No. 24082862
kyle.counce@oag.texas.gov
Assistant Attorney General
Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-3112
F: (512) 478-4013

**Counsel for Comptroller**

## CERTIFICATE OF CONFERENCE

Counsel for the Comptroller discussed this motion with Cindy Olson Bourland, counsel for Appellee the City of Round Rock, Texas by email, who indicated that the City of Round Rock, Texas is not opposed to the requested extension.

*/s/ Kyle Pierce Counce*
Kyle Pierce Counce

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 103488647
Filing Code Description: Motion
Filing Description: Appellants' and Cross-Appellant's Joint Motion to Extend Time to File Opening Briefs
Status as of 7/23/2025 1:28 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 7/23/2025 12:44:28 PM | SENT |
| Bryan Dotson | 24072769 | bryan.dotson@chamberlainlaw.com | 7/23/2025 12:44:28 PM | SENT |
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 7/23/2025 12:44:28 PM | SENT |
| Reed Randel | 24075780 | Reed.Randel@hklaw.com | 7/23/2025 12:44:28 PM | SENT |
| Stephen Fink | 7013500 | Stephen.Fink@hklaw.com | 7/23/2025 12:44:28 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 7/23/2025 12:44:28 PM | SENT |
| Kyle Counce | 24082862 | Kyle.Counce@oag.texas.gov | 7/23/2025 12:44:28 PM | SENT |
| Cynthia Bourland | 790343 | bourland@bourlandlaw.com | 7/23/2025 12:44:28 PM | SENT |
| Deborah Rao | 24131915 | deborah.rao@oag.texas.gov | 7/23/2025 12:44:28 PM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 7/23/2025 12:44:28 PM | SENT |
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 7/23/2025 12:44:28 PM | SENT |